United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-14780-elf
Andrea Strothers                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Mar 27, 2018
                Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
db          +Andrea Strothers,    7504 Beverly Road,    Philadelphia, PA 19138-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 28 2018 01:40:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2018 01:39:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2018 01:40:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2018 01:39:52     Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr            +E-mail/Text: blegal@phfa.org Mar 28 2018 01:40:07     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
                                                                                                                                  TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Andrea  Strothers dmo160west@gmail.com,
         davidoffenecf@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
         KMcDonald@blankrome.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                     TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Andrea Strothers                    )   Chapter 13
                                             )
         Debtor                              )   17-14780-ELF
                                             )
                                             )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,999.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

3/27/18
_____              _____
DATED:                           ERIC L. FRANK
                                 U.S. BANKRUPTCY UDGE