United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14780-elf
Andrea Strothers                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: May 08, 2019
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db            +Andrea Strothers,    7504 Beverly Road,   Philadelphia, PA 19138-1415
13951512      +Client Services, Inc.,    3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
13951513       Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
13951514      +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,   701 Market Street,
                Philadelphia, PA 19106-1538
13951518      +PGW,   1800 North 9th Street,   Philadelphia, PA 19122-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:45     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: blegal@phfa.org May 09 2019 02:42:30     Pennsylvania Housing Finance Agency,
                211 N. Front Street,   Harrisburg, PA  17101,   U.S.A. 17101-1406
13951509      +E-mail/Text: ally@ebn.phinsolutions.com May 09 2019 02:42:09     Ally Financial,
                Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
13964431       E-mail/Text: ally@ebn.phinsolutions.com May 09 2019 02:42:09     Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
14002987       E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 02:49:38
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
14032725       E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:45     City of Philadelphia,
                Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13951510      +E-mail/Text: bankruptcy@usecapital.com May 09 2019 02:42:59     Capital Accounts,
                Po Box 140065,   Nashville, TN 37214-0065
13951511      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 09 2019 02:49:22     Capital One,
                Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
14007608      +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2019 02:42:27     MIDLAND FUNDING LLC,
                PO BOX 2011,   Warren MI 48090-2011
13951515      +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2019 02:42:27     Midland Funding,
                Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
13951517      +E-mail/Text: bankruptcygroup@peco-energy.com May 09 2019 02:42:14     PECO,
                2301 Market Street,   Philadelphia, PA 19103-1380
14033023      +E-mail/Text: blegal@phfa.org May 09 2019 02:42:30     PENNSYLVANIA HOUSING FINANCE AGENCY,
                211 N. Front Street,   Harrisburg, PA 17101-1406
13989884       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 02:49:36
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13951516      +E-mail/Text: blegal@phfa.org May 09 2019 02:42:30     Pa Housing Finance Age,   Po Box 8029,
                Harrisburg, PA 17105-8029
13995549      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2019 02:42:34     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
13951519       E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:45     Water Revenue Bureau,
                1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Ally Financial Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: May 08, 2019
                              Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Andrea  Strothers dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDREA STROTHERS            Chapter 13

           Debtor            Bankruptcy No. 17-14780-ELF

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: May 7, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ANDREA STROTHERS

7504 BEVERLY ROAD

PHILADELPHIA, PA 19138